# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| DAVID C. KING, | ) | CASE NO. 1: 09 CV 924 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| v. | ) | |
| | ) | |
| WADSWORTH CITY SCHOOLS, et al., | ) | JUDGMENT |
| | ) | |
| Defendants. | ) | |

Pursuant to a Memorandum Opinion and Order of this Court, the Report and Recommendation of Magistrate Judge Nancy A. Vecchiarelli, filed on October 15, 2009, is ADOPTED IN PART by this Court. (ECF # 14.) The sole basis upon which this Court declines to adopt the Report and Recommendation relates to Count II against Wadsworth City Schools insofar as it alleges interference with Plaintiff's parental rights protected by the Ohio Constitution. The Court finds that Wadsworth City Schools indeed sought judgment in its favor on Plaintiff's state law parental rights claim, and that such claim should be DISMISSED. Both the Motion to Dismiss (ECF # 4) and the Motion for Judgment on the Pleadings (ECF # 10) are GRANTED in their entirety. Accordingly, the Partial Objection to the Report and Recommendation filed by Wadsworth City Schools is SUSTAINED (ECF # 15) and Plaintiff's Objections to the Report and Recommendation are OVERRULED (ECF # 16). This case is TERMINATED.

IT IS SO ORDERED.

*s/ Donald C. Nugent*
DONALD C. NUGENT
United States District Judge

DATED: January 15, 2010